AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Pues Family Trust IRA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-CV-05537 |
| Parnas Holdings, Inc., and Lev Parnas, individually | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **MAR 28 2018**

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: **JAN - 2 2019**

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED BY MWB D.C.

JAN 08 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.