UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PUES FAMILY TRUST IRA, BY MICHAEL PUES,     Index No.: 11-CV-05537
EXECUTOR OF THE ESTATE,

                           Plaintiff,                     **PLAINTIFF'S**
                                                    **PROPOSED JUDGMENT**

         -against-
                                              **FILED**
                                        IN CLERK'S OFFICE
PARNAS HOLDINGS INC. and LEV PARNAS,       U.S. DISTRICT COURT E.D.N.Y.
INDIVIDUALLY,
                                       ★     MAR 28 2016     ★

                         Defendants.                 **LONG ISLAND OFFICE**
-----------------------------------------------------------X

This action having been commenced on November 14, 2011 by the filing of the Summons and Complaint, and having been tried before this court on April 27, 2015, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

That as it pertains to Plaintiff's causes of action sounding in fraudulent inducement of contract, conversion, fraud, and unjust enrichment, these claims are hereby dismissed;

That as it pertains to Plaintiff's cause of action sounding in breach of contract, judgment is hereby granted in favor of Plaintiff in the amount of $350,000.00; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff have judgment against Defendants in the amount of $350,000.00 with interest at 9% pursuant to C.P.L.R. § 5004 from March 17, 2011, amounting to $508,734.70 [~~$531,107.38~~], plus costs and disbursements of this action in the amount of $1,700, amounting in all to $ 510,434.70.

*Case closed.*

FILED BY _HBG_ D.C.
JAN 0 8 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dated: New York, New York

        3/28, 2016

                                               s/ Arthur D. Spatt
                                               _____
                                               United States District Judge

A TRUE COPY
ATTEST
DATE January 2, 2019
DOUGLAS C. PALMER
                      CLERK
BY _____
        DEPUTY CLERK



18851 N.E. 29th Ave

Suite 724
Aventura, FL 33180

Phone: 786 708 0813

Facsimile: 786 513 8408

E-Mail: andre@andrelaw.com

Web: www.andrelaw.com

January 7, 2019

Clerk of Court USDC SDFL
701 Clematis St
West Palm Beach FL 33401

**Re: Pues Family Trust IRA, By Michael Pues, Executor of the Estate v. Parnas Holdings, Inc., and Lev Parnas, Individually; 11-CV-05537; Certified Judgment for Registration in Southern District of Florida;**

Dear Clerk of Court,

I am writing to register the above referenced judgment in the local district court. I have included a civil cover sheet and check for $47.00. Please mail the certified judgment and coversheet to my offices, the address is in the header, in the addressed envelope provided.

Sincerely,

Tony Andre, Esq.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.