# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF: U.S. MARSHALS SERVICE SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Lev Parnas and Parnas Holdings, Inc. 7670 La Corniche Circle Boca Raton, FL 33433, in the matter of Pues Family Trust IRA, Michael Pues Excecutor v. Parnas Holdings, Inc., and Lev Parnas Individually, Case Number 11-CV-05537 United States District Court for the Eastern District of New York, with the final judgment registered in the Southern District of Florida Case Number 19-MC-80024-DMM.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| Five Hundred Ten Thousand Four Hundred Thirty-Four Dollars | and | Seventy Cents |

in the United States District Court for the  Southern  District of  Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S Marshals Service | DISTRICT | Southern District of Florida |
|---|---|---|---|
| CITY | West Palm Beach | DATE | January 8, 2019 |

Witness the Honorable  Donald M. Middlebrooks

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Feb 26, 2019 | Angela E. Noble |
| | (BY) DEPUTY CLERK |
| | s/ Doris Jones |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |