UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.
_____/

## JUDGMENT CREDITOR'S NOTICE OF SUBPOENA

Judgment Creditor/Plaintiff PUES FAMILY TRUST IRA, by and through its undersigned counsel, hereby serves its Notice of Intent to Serve Subpoenas To Produce Documents in a Civil Action on 1) GLOBAL ENERGY PRODUCERS, LLC, 2) PARNAS HOLDINGS, INC., 3) LEV PARNAS, and 4) VICTOR IMBER all pursuant to FEDERAL RULE OF PROCEDURE 45 in the above styled cause and attaches a copy of the subpoenas to be served upon the above referenced parties March 5, 2019 or as soon thereafter as service may be effectuated.

    DATED on March 4, 2019

                            .        Respectfully submitted,

                                    ANDRE LAW FIRM P.A.
                                    Counsel for Plaintiff/Judgment Creditor
                                    18851 N.E. 29th Ave Suite 724
                                    Aventura, FL 33180
                                    Tel.  786 708 0813
                                    Fax  786 513 8408

                          By:   */s/ Tony André*_____
                                Tony André, Esq.
                                Florida Bar No.: 0040587

Case No. 19-MC-80024 DMM

## CERTIFICATE OF SERVICE

    I certify that on this 4th day of March 2019, I filed the foregoing with the Clerk of the Court and have served copies of this pleading via first class mail on the following parties, I also certify that I am admitted to the United States District Court for the Southern District of Florida:

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Defendants

                                        */s/ Tony Andre*
                                    Tony Andre