AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Pues Family Trust IRA, Michael Pues, Executor ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 19-MC-80024 |
| Parnas Holdings, Inc., Lev Parnas ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Lev Parnas
7670 LaCorniche Cir
Boca Raton, 33433

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attached Exhibit A

| Place: Andre Law Firm, P.A.<br>18851 N.E. 29th Ave Suite 724<br>Aventura, FL 33180 | Date and Time:<br>April 10, 2019 at 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | *[signature]* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Pues Family Trust
_____, who issues or requests this subpoena, are:
Andre Law Firm P.A. 18851 N.E. 29th Ave Suite 724 Aventura FL 33180 tel: 786 708 0813 fax: 786 513 8408

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-MC-80024

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                             *Server's signature*

                                             _____
                                             *Printed name and title*

                                             _____
                                             *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
       **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
        **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
        **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT "A"

*"You" and "Your" refers to: LEV PARNAS, Individually

### I. BANK RECORDS

    A.    Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by you with any type of financial institution during the last five (5) years, including but not limited to monthly account statements, checks, check registers. check stubs, cancelled checks, and deposit slips.

    B.    All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for your benefit, by any third party, for the last five (5) years.

    C.    Any and all signature cards that bearing your name as an authorized signatory on any financial account for any entity or other third party, for the past five (5) years.

    D.    Any and all documents submitted to any bank financial institution, or any other person or entity, by you, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five (5) years.

    E.    Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, travelers checks, bank deposits or escrow funds owned or held by you in the past five (5) years.

    F.    Any and all documents related to any account in which any of your earnings or other income has been deposited into in the past five (5) years, whether you continue to have an interest in it or not.

    G.    Any and all documents evidencing your having authority to access any safe deposit box or other bank-secured area, for the last five (5) years.

    H.    Any and all documents evidencing any application signed by you or on your behalf or your spouse's and/or children, to open a foreign or offshore financial account in your name or any other entity.

    I.    Copies of IRS contracts for all IRA's that you currently have.

    J.    Copies of any IRA or 401(1c)'s that were "rolled over."

    K.    Complete contribution and distribution records for any current or previous IRA's or 401 (k)'s during the last five (5) years.

    L.    Copies of any and all bills or living expenses paid for with your IRA or 401(k) distributions during the past five (5) years.

    M.    Copies of any loans taken against your IRA or 401(k) during the last five (5)

years.

## II. REAL PROPERTY

    A.    Any and all documents that refer to, reflect, or relate to any real property owned by you in the past five (5) years.

    B.    Any and all documents that refer to, reflect or relate to encumbrances on any real property owned by you in the past five (5) years.

    C.    Any and all documents evidencing ownership of real property in which you currently enjoys a direct or indirect beneficial interest.

    D.    Any and all checks, receipts, deeds or other evidence of the sale of transfer of any real property in which you had a legal or equitable ownership interest in, within the past five (5) years.

    E.    Any and all lease agreements for real property in which you are the landlord, or have a beneficial interest in.

    F.    Any and all lease agreements for real property in which you are lessor or lessee.

    G.    Any and all documents that evidence your name being on any real property tax records, as payor or trustee for the past five (5) years.

    H.    Any and all deeds that title any real property to you as trustee for any other person or entity.

    I.    Any and all deeds of trust or mortgages held in your favor at present or owned during the last five (5) years.

    J.    Any and all documents evidencing any time-shares that you enjoy the use of.

    K.    Copies of any appraisals or other forms of valuation for any property that you have an interest in or had an interest within the past five (5) years.

    L.    Promissory notes or mortgages you signed during the past five (5) years.

    M.    Copies of all deeds/mortgages to which you hold property as tenants by the entireties, tenants in common or joint tenants.

## III. PERSONAL PROPERTY

    A.    Certificates of title or other evidence of ownership of any boat, water craft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by you or in your possession, whether owned by you or an entity that you are affiliated with, or held in trust by you.

    B.    Any and all note receivables, pledges or security interests in your favor in the past five (5) years.

    C.    Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that you own or have the benefit of use of, for the past five (5) years.

    D.    List of household furnishings and fixtures that have been purchased within the last five (5) years that had a purchase price of $999 or more.

    E.    Copies of all dock slips or other documentation evidencing the right to dock any water craft, whether you have a legal or beneficial interest in.

    F.    Any and all documents that refer to or reflect any livestock owned by you within the past five (5) years.

    G.    List and valuation of all collectibles (e.g., stamps, coins, sports cards, jewelry etc.) that you now own or have owned within the past five (5) years.

    H.    Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by you or in your possession within the past five (5) years.

    I.    Any and all documents evidencing any interest you may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

**IV. BUSINESS INTEREST'S/EMPLOYMENT**

    A.    All documents that identify the name and addresses of any person or entity that has employed you within the past five (5) years.

    B.    All documents that identify any person or entity that you have acted as an independent contractor for in the past five (5) years.

    C.    All documents referring to anyway, directly or indirectly, to any and all businesses in which you are a stockbroker, partner, officer, director, owner, or registered agent.

    D.    Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by you, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five (5) years.

    E.    Lists of all customers, clients, etc. of any kind with which the corporation (or any

other business entity owned by you) does business or *has* done business during the past five (5) years.

  F. All local, state and federal tax returns filed by you in the past five (5) years, including all attachments, schedules, W-2' s, K-1' s, 1099 and 1098 forms.

  G. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to you within the past five (5) years.

  H. Any and all employment contracts that you have had in the past five (5) years

## V. INVESTMENTS

  A. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned by you or held for your benefit.

  B. Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by you, or held for your benefit.

  C. Any and all rent rolls for all properties in which you have had an ownership interest in for the past five (5) years.

  D. Copies of all 1099-D's or 1099-I's issued to you within the past five (5) years.

  E. Any and all documents referring to any stock options or profit-sharing plans held by you or held for your benefit.

  F. Any and all documents that evidence a cash value in any life insurance policy owned by you and copies of all policies whether term, whole life or universal.

## VI. GENERAL

  A. All documents evidencing any trusts or amendments to trusts in which you are a grantor, settlor, trustee, or beneficiary.

  B. All documents evidencing any and all trusts or amendments to trusts that you have directly or indirectly contributed any assets to within the past ten (10) years.

  C. Copies of all pre and post-nuptial agreements, to include the list of assets and liabilities to be held separate.

  D. Copies of all separate property agreements, to include the list of assets and liabilities to be held separately.

  E. Copy of any wills including all amendments in which you are named as beneficiary.

      F.      All passports for travel outside of the United States.

      G.      Copies of any and all credit card statements, for all cards in which you are an authorized user, for the past three (3) years.

      H.      All documents referring or reflecting the name and address of any storage facility or mini ware-house to which you have access.

      I.      Copies of any and all financial statements that you have prepared for any lender or creditor in the past five (5) years.

      J.      Copies of any and all professional licenses that you hold.

      K.      Copies of all driver's licenses held by you.

      L.      Copy of your birth certificate.

      M.      Copies of all divorce decrees and any affidavits submitted in those proceedings.