UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA,
MICHAEL PUES EXECUTOR,                           CASE NO. 19-MC-80024 DMM


v.


PARNAS HOLDINGS, INC. and
LEV PARNAS,

               Debtors.
_____/

## NOTICE OF APPEARANCE  OF COUNSEL


      NOTICE IS HEREBY GIVEN that Chris Alan Draper, Esq. of Greenspoon Marder LLP,

is admitted and authorized to practice in this Court, and hereby appears as counsel for Non-Party,

GLOBAL ENERGY PRODUCES, LLC in this cause, and requests that copies of all motions,

notices and other pleadings heretofore or hereafter filed or served in this cause be furnished to the

undersigned.

                                         GREENSPOON MARDER LLP
                                         Attorneys for Non-Party, Global Energy
                                         Producers, LLC
                                         CityPlace Tower
                                         525 Okeechobee Boulevard, Suite 900
                                         West Palm Beach, FL  33401
                                         Telephone:  (561) 838-4506
                                         Facsimile:  (561) 713-2827
                                         Chris.Draper@gmlaw.com
                                         Jane.turner@gmlaw.com


                                       By: /s/Chris Alan Draper_____
                                           Chris Alan Draper, Esq.
                                           Florida Bar No. 0838640

Pues Family Trust IRA v. Lev Parnas, et al.
Case No. 19-MC-80024 DMM
Notice of Appearance of Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with this Court by CM/ECF. We also certify that the foregoing document is being served this 19th day of March 2019 on counsel of record identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive Notices of Electronic Filing.

## SERVICE LIST

Tony Andre, Esquire
Andre Law Firm P.A.
Counsel for Judgment Creditor
18851 NE 29th Avenue, Suite 724
Aventura, FL 33180
Telephone: 786-708-0813
Email: andre@andrelaw.com

By: /s/Chris Alan Draper
    Chris Alan Draper, Esq.
    Florida Bar No. 0838640

39103615.1 / 48490.0003