UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA,
MICHAEL PUES EXECUTOR,                              CASE NO. 19-MC-80024 DMM

v.

PARNAS HOLDINGS, INC., and
LEV PARNAS,

           Debtors.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Chris Alan Draper, Esq. of Greenspoon Marder LLP, is admitted and authorized to practice in this Court, and hereby appears as counsel for Debtors, PARNAS HOLDINGS, INC. and LEV PARNAS, in this cause, and requests that copies of all motions, notices and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

                                              GREENSPOON MARDER LLP
                                              Attorneys for Debtors, Lev Parnas,
                                              Individually and Parnas Holdings, Inc.
                                              CityPlace Tower
                                              525 Okeechobee Boulevard, Suite 900
                                              West Palm Beach, FL  33401
                                              Telephone:  (561) 838-4506
                                              Facsimile:  (561) 713-2827
                                              Chris.Draper@gmlaw.com
                                              Jane.turner@gmlaw.com


                                              By: /s/Chris Alan Draper
                                                  Chris Alan Draper, Esq.

Pues Family Trust IRA v. Lev Parnas, et al.
Case No. 19-MC-80024 DMM
Notice of Appearance of Counsel

Florida Bar No. 0838640

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with this Court by CM/ECF.  We also certify that the foregoing document is being served this 19th day of March 2019 on counsel of record identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive Notices of Electronic Filing.

## SERVICE LIST

Tony Andre, Esquire
Andre Law Firm P.A.
Counsel for Judgment Creditor
18851 NE 29th Avenue, Suite 724
Aventura, FL 33180
Telephone: 786-708-0813
Email: andre@andrelaw.com

By: /s/Chris Alan Draper
Chris Alan Draper, Esq.
Florida Bar No. 0838640

39103792.1 / 48490.0003