Politics

# Trump's Mysterious Super-PAC Donor Accused of Breaking Law

By Bill Allison, Max Abelson, and Shahien Nasiripour
July 25, 2018, 8:56 PM EDT  *Updated on July 26, 2018, 10:36 AM EDT*

▸ Global Energy Producers is run by Ukraine-linked businessmen
▸ Company was set up five weeks before making $325,000 donation

LISTEN TO ARTICLE



**In this article**

6739724Z
**ACTION INC**
Private Company

0152481D
**CAMPAIGN LEGAL CENTER**
Private Company

Global Energy Producers LLC didn't exist until April. A month later, before it had a working website, it was flush with enough cash to make one of the biggest donations of the year to America First Action Inc., a super-political action committee backing President Donald Trump's agenda.

On Wednesday, the Washington-based nonprofit Campaign Legal Center filed a complaint with the Federal Election Commission accusing the company and two businessmen with connections to Ukraine of violating campaign finance laws.



It's unlikely Global Energy Producers had enough revenue or capital to make a $325,000 contribution so quickly, the complaint says. Under federal law, donors to political committees must use their own funds.

"The company is confident that it is in compliance with all relevant campaign finance laws," Michael Marder, a lawyer for Global Energy Producers, said in an email. He said any action would be "vigorously defended."



The complaint identifies Igor Fruman and Lev Parnas as the most likely sources of the money, based in part on other campaign contributions listing the company as their employer, but acknowledges there could be others. Because Global Energy Producers was incorporated in Delaware, it didn't have to immediately disclose directors or information about its owners, making it difficult to determine its financial backers.

"People have discovered LLCs as a perfect mechanism to funnel money to campaigns without any disclosure or accountability," said Ann Ravel, an FEC commissioner until last year. "They can easily receive money from foreign actors, and those people are not permitted to engage in political activity in the United States."

America First Action, which calls itself the primary super-PAC backing the president's agenda, used to employ the consulting firm owned by former Trump campaign manager Corey Lewandowski. This week it hired Kimberly Guilfoyle, who's dating Donald Trump Jr.

Fruman is a Russian-speaking businessman who deals in international trade. He has ties to Ukraine through a charitable group and serves as a channel between Trump and Kiev's Jewish community, according to an interview he gave to a Russian-language outlet that's cited in the complaint.

He and Parnas both met with Trump at a fundraising event, according to that outlet, which also published photographs of Fruman standing with Trump and the donor's ID badge from a March event with the president at Mar-a-Lago.

Parnas is a former stockbroker who was facing eviction from his house in Florida earlier this year, according to another lawsuit. He worked for five brokerages that shut down after regulators accused them of lying, cheating customers and breaking industry rules, records show, and co-owned one of them. That's not mentioned in his biography on the website for his business Fraud Guarantee, which advertises tools to protect investors.

"Mr. Parnas is proud of the fact that he enjoyed that tenure without a single professional complaint against his license or business," it says about his brokerage days. He didn't return messages, and the status of the eviction lawsuit was unclear.

## Tech Newsletter

Get Fully Charged, featuring insights from our reporters around the world

EMAIL

Enter your email

By submitting my information, I agree to the privacy policy.

Sign Up

Have a confidential tip for our reporters?
GET IN TOUCH

Igor's brother Steven has a connection to Global Energy Producers, according to public records. A house he owns is listed as the company's address on a $50,000 donation to Friends of Ron DeSantis, a group backing the Republican congressman's bid to be governor of Florida. All told, Global Energy Producers and its executives have given more than $440,000 this year to Republican candidates and groups backing them.

Steven Fruman was a manager of several companies accused in a successful civil suit of laundering money for an allegedly massive insurance fraud, though he wasn't named as a defendant. He said in a call that he's not involved in Global Energy Producers.

"I didn't do this company," he said. The address listed in the DeSantis donation is "false information."

*– With assistance by Polly Mosendz*

*(Adds comment from lawyer for Global Energy Producers in 4th paragraph.)*



# LLCs: The Perfect Mechanism to Funnel Secret (and Perhaps Foreign) Money Into Elections

JULY 30, 2018

  

ISSUES: CAMPAIGN FINANCE



*Photo by James McNellis via Creative Commons.*

It is illegal to make political contributions in the name of someone else. Yet, in

recent months, three corporations appear to have been used to do just that.

Case 9:19-mc-80024-DMM   Document 13-2   Entered on FLSD Docket 03/26/2019   Page 5 of 11

The disclosure of who's spending to influence elections is critical to our democracy—it's how "citizens can see whether elected officials are 'in the pocket' of so-called moneyed interests," as Justice Anthony Kennedy even emphasized in *Citizens United*. But voters are denied this information if political contributions are laundered through shell corporations set up to protect the anonymity of the true donors.

With two new complaints against corporations that collectively have given more than half-a-million dollars to super PACs this year, CLC is calling on the Federal Election Commission (FEC) to act.

**Global Energy Producers LLC**

Global Energy Producers LLC (GEP) was one of the biggest donors to a pro-Trump super PAC. But the LLC didn't form until April of this year, Delaware corporation records show, has no website or other discernible public presence, and shows no evidence of any business income.

Yet somehow, just a month after it formed, it was flush with enough cash to give $325,000 to America First Action Inc., which describes itself as "the primary super PAC dedicated to electing federal candidates who support the agenda of the Trump-Pence administration."

CLC filed a complaint with the (FEC) calling for an investigation, since this appears to be yet another example of shell corporations being used to funnel money to super PACs while evading any donor disclosure or accountability.

Read the Bloomberg story that followed CLC's complaint.

Available evidence suggests two businessmen, Igor Fruman and Lev Parnas, are behind this shell corporation. In contributions they have made under their own names, Fruman and Parnas have listed addresses that match GEP's addresses in federal and state campaign finance records, and both men explicitly listed GEP as

According to two Russian-language news articles that CLC obtained, the Ukrainian-born Fruman and Russian-born Parnas met personally with President Trump at a small closed-door meeting in Washington just weeks before GEP gave $325,000 to America First Action. Fruman also reportedly attended an event at President Trump's Mar-a-Lago property in Florida in March.

The FEC must take this matter seriously and investigate whether Fruman, Parnas, or others violated campaign finance law by using a shell corporation to disguise the true source of six figures in political contributions. The FEC should also determine whether GEP failed to properly register as a political committee.

**Blue Magnolia Investments LLC and Highway 76 LLC**

Also this year, Blue Magnolia Investments LLC and Highway 76 LLC were major donors to a super PAC called DefendArizona. But they registered as corporations in Delaware *only five weeks before* making their contributions, and, like GEP, do not appear to have public footprints or show signs of legitimate business income.

Five weeks after forming, Blue Magnolia and Highway 76 each gave $100,000 to DefendArizona, which is reportedly supporting Martha McSally in the U.S. Senate race in Arizona. These contributions placed Blue Magnolia and Highway 76 among the top five donors to this super PAC. The timing of their formation so close to their six-figure donations, together with the absence of any evidence that either took in anywhere close to $100,000 in legitimate business income in five weeks, points to these LLCs being established for the purpose of anonymously funneling large sums to DefendArizona.

CLC's complaint calls on the FEC to investigate.

Read the *Daily Beast*'s coverage of CLC's complaint against Blue Magnolia and Highway 76.

\*\*\*

CLC has long pointed to the problem with shell corporations being used to evade disclosure laws. This could be a way for foreign actors, who are not permitted to engage in political activity in the U.S., to secretly make contributions to super PACs supporting campaigns. Without the FEC enforcing the law, this is a clear pathway for secret actors to influence U.S. elections.

In the 2012 and 2016 election cycles, CLC filed a series of FEC complaints addressing the use of LLCs to mask the identities of both Democratic and Republican donors who gave contributions to super PACs ranging from $857,000 to over $12 million. Several of the donors openly admitted to the media that they contributed through LLCs and other opaque corporate entities for the purpose of hiding their identities from the public.

The FEC deadlocked on enforcing the law against the donors who used LLCs to mask their identities in the 2012 and 2016 cycles. However, the Republican Commissioners laid down a standard that they said they would use for future cases. If an LLC with no public footprint makes a big donation to a super PAC shortly after its creation, and there is no evidence the LLC had any business revenue or legitimate investments, the FEC has signaled it will open an investigation.

The use of GEP, Blue Magnolia, and Highway 76 to launder money into the 2018 elections will present a critical test of the FEC's stated commitment to enforcing the law against sham LLCs.

**You might also like...**

LOG OUT



NEWSLETTERS  JOIN  LOG IN

SE

Group Megadonor Flouts Judge's Demand for ents

er a pro-Trump super PAC donor's records were demanded, there's still no records. They may show why its top exec is big sums while he's deeply in debt.

arkay   12.20.18 11:20 AM ET

| 1 | Portable Storage Containers |
| 2 | Ductless Mini S Air Conditioner |
| 3 | Best French Do Refrigerators |
| 4 | Diabetic Neuro Reversal |
| 5 | Top 10 Car Insu Companies |

Sponsored

READ THIS LIST

College Essay 'Editors' Reve Kids Cheat
TARPLEY HITT

Mom Made Her Daughter Sic Daughter Killed Her.
KEVIN FALLON

Colbert Mocks 'Turd-Juggler Over Hubby's Tweets
MATT WILSTEIN

Surprise! AMI's 'Space Force Magazine Is Bullsh*t
DAVID AXE



*This story originally appeared in The Daily Beast newsletter Pay Dirt. Sign up for that newsletter:* HERE.

It's been two months since a judge demanded financial records from a high-dollar corporate donor to a leading pro-Trump super PAC. But that company still hasn't produced records that might show why its top executive is donating big sums to national Republicans while he's still hundreds of thousands of dollars in debt.

The company, Global Energy Producers LLC (GEP), was a top donor this cycle to America First Action, which was highly active on behalf of midterm Senate candidates supportive of President Donald Trump. One of its top executives, a politically connected Republican named Lev Parnas, has won audiences with the president and prominent Trumpworld figures this year.

Parnas is a five-figure GOP donor in his own right. But now a former business associate of his wants to know why GEP and its executives are throwing around all this cash while Parnas still owes that associate more than $500,000 from a years-old federal lawsuit. Now a judge in Florida wants to know, too: He's demanded that GEP produce significant internal financial records.

The legal wrangling could offer a glimpse into the structure and workings of GEP, a new and relatively obscure company that hopes to cash in on Trump's plans to boost energy exports to Europe—and is making hefty political contributions to bolster its standing in Washington.

GEP drew attention over the summer when it donated $325,000 to America First, $50,000 to a PAC supporting Rep. Ron DeSantis (the now-governor-elect of Florida), $15,000 to a super PAC spending in the U.S. Senate race in West Virginia, and $20,000 to a pair of state-level candidates in Nevada.

Parnas chipped in $20,000 to Republican candidates and political groups this cycle, on top of the $50,000 he donated to a joint fundraising committee for the Trump campaign and the Republican National Committee in 2016.

Those donations came even as a former business associate sought to collect a huge federal judgment against Parnas. The legal dispute originated in 2010 with a film project for which Parnas attempted to recruit investors. According to federal court records, one investor was courted with tactics that included a dinner with actor Jack Nicholson. But the film project still has not materialized, and in 2011 the investor, Michael Pues, sued Parnas to recoup his money, provided from a Pues family trust's retirement account. In 2015, a federal court awarded Pues a judgment that has, with interest, swelled to more than $500,000. A federal appeals court subsequently upheld the decision.

Parnas has yet to pay that judgment. So when PAY DIRT first reported his involvement with GEP, and its six-figure donation to America First, Pues filed a new motion in a court in Florida's Palm Beach County, where he has sought to enforce the ruling against Parnas.

Pues is seeking information about GEP's finances, leadership structure, and Parnas' involvement with the group.

In late July, Pues' lawyer announced his intent to subpoena GEP for "all documents signed by Lev Parnas on behalf of" GEP, such as "bank deposit agreements, political action committee finance documents, checks, leases, and operating agreements." He also asked for a "list of all officers/managers" and all correspondence involving Parnas since April 1, 2018.

The subpoena requested those records be turned over to Pues' lawyers by Sept. 14. But more than a month later, Pues' attorney said he had heard nothing from the company about the requested documents. He filed a motion with the court demanding the records be produced. Neither Parnas nor GEP opposed the motion in court, and the judge granted it. He ordered that the company comply with the subpoena by Nov. 1, and warned that it would be held in contempt if it didn't.

Two weeks after that deadline, GEP still hadn't produced those records. Pues filed a motion to hold the company in contempt. The court has yet to hold a hearing on the motion, but GEP denies that it's in violation of the court's order. Though the company is well past the court-imposed deadline, a spokesperson told PAY DIRT that Chris Draper, an attorney for both Parnas and GEP, has been in contact with Pues' attorneys to sort out the scope of the subpoena.

**RELATED IN POLITICS**



The Trump Exec Who Could Take Down the Donald Isn't Cohen



Chelsea Manning Jailed for Refusing to Testify on WikiLeaks



Mercer Funding for Muslim-Ban Front Group Revealed

"Global Energy Producers has always complied with all appropriate financial disclosure laws and will continue to do so," the spokesperson said in a statement. "Mr. Parnas has responded to the specific subpoena as attorneys for both sides are in constant communication and working in partnership towards an amenable agreement."

Pues' attorney, Tony André of the André Law Firm in Aventura, Florida, says that is simply untrue. "This is a lie," he said after presented with GEP's statement. He acknowledged having been in touch with Draper, but said Draper never actually acknowledged in their discussions that he was representing GEP, and that they never discussed the subpoena of the company.

"In fact," he told PAY DIRT in an interview, "the last email that I sent to Mr. Draper, before I sent the motion to compel, I said 'To be clear, you represent Global Energy Producers? Because there's an outstanding subpoena that is overdue.' He never responded."

Emails reviewed by PAY DIRT confirm Draper and André were in touch about the case in the weeks after the judge ordered GEP to produce internal records. But the emails don't mention that subpoena or GEP at all.




André is set to depose another GEP executive, Igor Fruman, in January, court records indicate. GEP's spokesperson maintains that the case is "a completely unrelated and independent issue concerning an investment in a film, in which Mr. Parnas and a previous entity of his were the only damaged party."

Fruman and Parnas incorporated the company in Delaware in April, and hope to use the company to capitalize on Trump's plan to export more natural gas to Europe, where both GEP executives have business connections.

At the same time, Parnas appears to have won access to a number of high-profile Republican officials. He's been spotted this year hobnobbing with U.S. Ambassador to Israel David Friedman, former White House Communications Director Anthony Scaramucci, former Arkansas Gov. Mike Huckabee, and American Conservative Union Chairman Matt Schlapp. Parnas and Fruman also attended a Trump campaign event in early 2018 at the president's Mar-a-Lago estate.

Despite multiple federal court judgments against him, Parnas maintains that he was the wronged party in his business dealings with Pues, and he says he plans to file a new lawsuit in the dispute. "All legal remedies will be exercised in order to expose the truth—which will ultimately vindicate Mr. Parnas," GEP's spokesperson said.

That new lawsuit will be filed in California, and a source familiar with plans for the litigation said its "related parties" will include "A-list Hollywood celebrities."

Get the data:

- Federal Election Commission
- RECAP federal court records search
- Palm Beach County court records search

**Lachlan Markay** 🐦 @lachlan ✉ Lachlan.Markay@thedailybeast.com

Got a tip? Send it to The Daily Beast here.



Gut Doctor "I Beg To Throw Out Th... Now"