IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

PUES FAMILY TRUST IRA,                    CASE NO. 2018-CA-02109XXXXMBAJ

           Plaintiff,

v.

LEV PARNAS, Individually, and
PARNAS HOLDINGS INC.,

           Defendants.
_____/

## RESPONSE TO SUBPOENA DUCES TECUM TO DEFENDANT, LEV PARNAS

Defendant, LEV PARNAS, by undersigned counsel, hereby responds to the Subpoena Duces Tecum for Deposition in Aid of Execution dated July 5, 2018 and states:

I.    <u>Bank Records</u>

All Bank records requested by the Plaintiff in Paragraph I (A) through I (F), inclusive, are in the possession of the CPA for Lev Parnas and Svetlana Parnas. The CPA is Michael Daszkal of Daszkal Bolton, LLP. Mr. Daszkal's letter of February 5, 2019, stating that his firm is working on the personal income taxes of Svetlana and Lev Parnas and the business tax returns for entities in which they have an interest in for the tax periods December 31, 2010 through December 31, 2018 is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph I (G) through I (M), inclusive.

II.    <u>Real Property</u>

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph II (A) through II (E), inclusive.

Pue Family Trust IRA v. Parnas, et al.
Case No. 2018-CA-02109XXXXMBAJ
Response to Subpoena Duces Tecum for
Deposition in Aid of Execution to Lev Parnas

II (F) – The only and current Lease in the possession of LEV PARNAS, sought by Plaintiff in II (F), is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph II (G) through II (M), inclusive.

III.  Personal Property

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph III (A) through III(C), inclusive.

III (D) – LEV PARNAS is attempting to compile a list of any household furnishings and fixtures purchased in the past five (5) years which had a purchase price in excess of $999.00 but does not believe any such items exist.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph III (E) through III (I), inclusive.

IV.  Business Interests/Employment

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph IV (A) through IV (H), inclusive.

V.  Investments

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph V (A) through V (F), inclusive.

VI.  General

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (A) through VI (E), inclusive.

VI (F) – A copy of LEV PARNAS' passport is being separately furnished to Plaintiff's counsel today.

Pue Family Trust IRA v. Parnas, et al.
Case No. 2018-CA-02109XXXXMBAJ
Response to Subpoena Duces Tecum for
Deposition in Aid of Execution to Lev Parnas

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (G) through VI (J), inclusive.

VI (K) – A copy of LEV PARNAS' Florida Driver's License is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (L) through VI (M), inclusive.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail service on this 8th day of April 2019 in accordance with Florida Rule of Judicial Administration 2.516 to: Tony Andre, Esquire, Andre Law Firm P.A., Counsel for Judgment Creditor, 18851 NE 29th Avenue, Suite 724, Aventura, FL 33180; Telephone: 786-708-0813; Email: andre@andrelaw.com.

GREENSPOON MARDER LLP
Attorneys for Defendant, Lev Parnas
CityPlace Tower
525 Okeechobee Boulevard, Suite 900
West Palm Beach, FL  33401
Telephone:  (561) 838-4506
Facsimile:  (561) 713-2827
Chris.Draper@gmlaw.com
Jane.turner@gmlaw.com


By:  /s/ Chris Alan Draper
       Chris Alan Draper, Esq.
       Florida Bar No. 0838640

39577750.1 / 48490.0003