UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA,                       CASE NO.: 19-MC-80024 DMM
MICHAEL PUES EXECUTOR,
vs.

PARNAS HOLDINGS, INC. AND
LEV PARNAS,

     Debtors.
_____/

**DEFENDANT, PARNAS HOLDINGS, INC., RESPONSE TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant, PARNAS HOLDINGS, INC., by its undersigned counsel, hereby responds to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises served by Plaintiff, PUES FAMILY TRUST IRA, MICHAEL PUES, EXECUTOR, and states (i) that it was administratively dissolved on September 27, 2013 for failing to file an Annual Report and (ii) as to each category of document, information or item requested:

I.      <u>Bank Records</u>

All Bank records requested by the Plaintiff in Paragraph I (A) through I (C), inclusive, to the extent they exist, are in the possession of Defendant/Debtor's CPA. The CPA is Michael Daszkal of Daszkal Bolton, LLP. Mr. Daszkal's letter of February 5, 2019, stating that his firm is working on the business tax returns for entities in which they (the PARNASES) have an interest in for the tax periods December 31, 2010 through December 31, 2018, is being separately furnished to Plaintiff's counsel.

PARNAS HOLDINGS, INC. has no records, documents or other items which are sought by Plaintiff in Paragraph I (D) through I (G), inclusive.

Case No.: 19-MC-80024 DMM
*Defendant, Parnas Holdings, Inc. Response to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises*

II.     <u>Investments</u>

PARNAS HOLDINGS, INC. has no records, documents or other items which are sought by Plaintiff in Paragraph II (A).

III.    <u>Employment Records</u>

PARNAS HOLDINGS, INC. has no records, documents or other items which are sought by Plaintiff in Paragraph III (A).

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court and furnished a copy via email to**:** Tony Andre, Esquire, The Andre Law Firm, P.A., 18851 NE 29th Avenue, Suite 724, Aventura, FL  33180; Ph. 786-708-0813; andre@andrelaw.com, on this 9th day of April 2019.  I also certify that I am admitted to the United States District Court for the Southern District of Florida.

/s/  Chris Alan Draper
Chris A. Draper, Esquire
Florida Bar No. 0838640
Greenspoon Marder LLP
Counsel for Defendant, Parnas Holdings, Inc.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
561-838-4506
Chris.Draper@GMLaw.com
Jane.Turner@GMLaw.com

39611476v1 \ 48490.0003