UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA,  CASE NO.: 19-MC-80024 DMM
MICHAEL PUES EXECUTOR,
vs.

PARNAS HOLDINGS, INC. AND
LEV PARNAS,

    Debtors.
_____/

**RESPONSE OF DEFENDANT, LEV PARNAS,
TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION,
OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

    Defendant, LEV PARNAS, by his undersigned counsel, hereby responds to the Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises served by Plaintiff, PUES FAMILY TRUST IRA, MICHAEL PUES, EXECUTOR, and states:

I.    Bank Records

    All Bank records requested by the Plaintiff in Paragraph I (A) through I (F), inclusive, are in the possession of the CPA for Lev Parnas and Svetlana Parnas. The CPA is Michael Daszkal of Daszkal Bolton, LLP. Mr. Daszkal's letter of February 5, 2019, stating that his firm is working on the personal income taxes of Svetlana and Lev Parnas and the business tax returns for entities in which they have an interest in for the tax periods December 31, 2010 through December 31, 2018 is being separately furnished to Plaintiff's counsel today.

    LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph I (G) through I (M), inclusive.

Case No.: 19-MC-80024 DMM
*Defendant's, Lev Parnas, Response to Subpoena to Produce
Documents, Information, or Objects or to Permit Inspection of Premises*

II.     Real Property

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph II (A) through II (E), inclusive.

II (F) – The only and current Lease in the possession of LEV PARNAS, sought by Plaintiff in II (F), is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph II (G) through II (M), inclusive.

III.    Personal Property

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph III (A) through III(C), inclusive.

III (D) – LEV PARNAS is attempting to compile a list of any household furnishings and fixtures purchased in the past five (5) years which had a purchase price in excess of $999.00 but does not believe any such items exist.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph III (E) through III (I), inclusive.

IV.     Business Interests/Employment

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph IV (A) through IV (H), inclusive.

V.      Investments

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph V (A) through V (F), inclusive.

Case No.: 19-MC-80024 DMM
*Defendant's, Lev Parnas, Response to Subpoena to Produce
Documents, Information, or Objects or to Permit Inspection of Premises*

VI.  <u>General</u>

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (A) through VI (E), inclusive.

VI (F) – A copy of LEV PARNAS' passport is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (G) through VI (J), inclusive.

VI (K) – A copy of LEV PARNAS' Florida Driver's License is being separately furnished to Plaintiff's counsel today.

LEV PARNAS has no records, documents or other items which are sought by Plaintiff in Paragraph VI (L) through VI (M), inclusive.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court and furnished a copy via email to: Tony Andre, Esquire, Andre Law Firm P.A., Counsel for Judgment Creditor, 18851 NE 29th Avenue, Suite 724, Aventura, FL 33180; Telephone: 786-708-0813; Email: andre@andrelaw.com on this 9th day of April, 2019. I also certify that I am admitted to the United States District Court for the Southern District of Florida.

/s/ Chris Alan Draper
Chris A. Draper, Esquire
Florida Bar No. 0838640
Greenspoon Marder LLP
Counsel for Defendant, Lev Parnas
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
561-838-4506
Chris.Draper@GMLaw.com
Jane.Turner@GMLaw.com

3