UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.
_____/

## NOTICE OF UNAVAILABILITY FILED ON BEHALF OF COUNSEL FOR JUDGMENT CREDITOR

PLEASE TAKE NOTICE that Judgment Creditor's undersigned counsel will be absent from the jurisdiction from July 31, 2019 through August 11, 2019, and will therefore be unavailable. The clerk, court, and counsel of record are kindly requested not to schedule any hearing, examination, deposition, request or command for appearance due to said counsel's unavailability.

DATED on April 15, 2019

                                         .        Respectfully submitted,

                                               ANDRE LAW FIRM P.A.
                                               Counsel for Plaintiff/Judgment Creditor
                                               18851 N.E. 29th Ave Suite 724
                                               Aventura, FL 33180
                                               Tel.  786 708 0813
                                               Fax  786 513 8408

                                          By:  */s/ Tony André*_____
                                                 Tony André, Esq.
                                                 Florida Bar No.: 0040587

Case No. 19-MC-80024 DMM

## CERTIFICATE OF SERVICE

I certify that on this 15th day of April 2019, I filed the foregoing with the Clerk of the Court and have served copies of this pleading via first class mail on the following parties, I also certify that I am admitted to the United States District Court for the Southern District of Florida:

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Defendants

                                        _____/s/ Tony Andre_____
                                        Tony Andre