UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS         Case No. 19-MC-80024 DMM

    Debtor.
_____/

**NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES
IN AID OF EXECUTION TO DEFENDANT LEV PARNAS**

Plaintiff and Judgment Creditor PUES FAMILY TRUST IRA, MICHAEL PUES EXECUTOR, pursuant to the applicable rules of procedure, by and through counsel, hereby gives notice of service of its First Set of Interrogatories in Aid of Execution to Defendant LEV PARNAS.

    Respectfully submitted,

    ANDRE LAW FIRM P.A.
    Counsel for Plaintiff/Judgment Creditor
    18851 N.E. 29th Ave Suite 724
    Aventura, FL 33180
    Tel.  786 708 0813
    Fax  786 513 8408

By:  */s/ Tony André*
    Tony André, Esq.
    Florida Bar No.: 0040587

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of May 2019, I filed the foregoing with the Clerk of the Court and have served copies of this pleading via first class mail on the following parties, I also certify that I am admitted to the United States District Court for the Southern District of Florida:

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Defendants



*/s/ Tony Andre*
Tony Andre