UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.
_____/

## JUDGMENT CREDITOR'S NOTICE OF SUBPOENA

Judgment Creditor/Plaintiff PUES FAMILY TRUST IRA, by and through its undersigned counsel, hereby serves its Notice of Intent to Serve Subpoenas To Produce Documents in a Civil Action on 1) Ballard Partners, Inc. all pursuant to the Federal Rules of Civil Procedure in the above styled cause and attaches a copy of the subpoenas to be served upon the above referenced parties June 5, 2019 or as soon thereafter as service may be effectuated.

    DATED on June 5, 2019

                              .          Respectfully submitted,

                                        ANDRE LAW FIRM P.A.
                                        Counsel for Plaintiff/Judgment Creditor
                                        18851 N.E. 29th Ave Suite 724
                                        Aventura, FL 33180
                                        Tel.  786 708 0813
                                        Fax  786 513 8408

                              By:  */s/ Tony André*
                                    Tony André, Esq.
                                    Florida Bar No.: 0040587

Case No. 19-MC-80024 DMM

## CERTIFICATE OF SERVICE

I certify that on this 5th day of June 2019, I filed the foregoing with the Clerk of the Court and have served copies of this pleading via first class mail on the following parties, I also certify that I am admitted to the United States District Court for the Southern District of Florida:

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Defendants

                                                                   */s/ Tony Andre*
                                                  Tony Andre