## JUDGMENT CREDITOR'S AFFIDAVIT (PURSUANT TO F.S.A. 56.29)

STATE OF NEW JERSEY        )

                                : ss.

COUNTY OF MIDDLESEX       )

Before me, the undersigned authority, personally appeared Michael Pues, who upon being first duly sworn, deposes and says that:

1.　　I am  Executor of the Pues Family Trust IRA, judgment creditor in the action pending before this Court.  I am furnishing this affidavit pursuant to Section 56.29, Florida Statutes.

2.　　A final judgment in the amount of $510,434.70 plus interest accruing from the date of entry was entered against the Judgment Debtors as described in judgment creditor's amended motion to commence proceedings supplementary in aid of execution.  The Issuing court was registered in this Court from a judgment originating in the United States District Court for the Eastern District of New York Case No. 11-CV-05537.

3.　　A writ of execution has been issued and judgment creditor filed a judgment lien certificate according to applicable Florida Statutes.  The judgment remains wholly unsatisfied and is valid and outstanding.

4.　　Judgment creditor is entitled to proceedings supplementary to execution as financial and public records obtained by judgment creditor show that Defendant has attempted to defraud creditors such as Plaintiff through a variety of means as outlined in the Plaintiff's motion. The motion details these facts with particularity.  The facts described in the motion explain sufficiently why the stated requested relief is appropriate and judgment creditor incorporates the facts contained within the motion by reference in this affidavit.

_____

**MICHAEL PUES, Executor**
**PUES FAMILY TRUST IRA**

   Sworn to and subscribed before me on July____, by _____, who is personally known to me.

_____
Signature of person taking acknowledgment


_____
Name of acknowledger typed, printed or stamped


 Notary Public_____
Title or rank