## Wires Outgoing



▉2753 SENT         ORIGINATOR ▉2526)    BENEFICIARY              CHAIN BRIDGE BANK, NA 05/17/18 02:39PM      AARON INVESTMENTS I, LLC     AMERICA FIRST ACTION, INC. ABA 056009479 SET UP 05/17/18      21842 CYPRESS PALM CT       138 CONANT ST 2ND FLOOR 01:47PM    BOCA RATON FL 33428       BEVERLY MA 01915                 VA $325,000.00              ▉9856        PHONE 914-774-6856           009145314382 B&P CHECKING      ACCT#▉1396         SET UP BY P2349961 WATSON,MONET APPROVED BY P5037890 PERSAUD,NATERAM    P3028366 PALAJ,ARISTI    $0.00 FEE           GLOBAL ENERGY PRODUCERS LLC 20180517B1Q8021C027774 FED # G0181373420401 GLOBAL ID

## SCHEDULE A (FEC Form 3X)
### ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)   PAGE 15 OF 100
[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
AMERICA FIRST ACTION, INC.

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
GLOBAL ENERGY PRODUCERS, LLC

Mailing Address: 7670 LA CORNICH CIRCLE
City: BOCA RATON   State: FL   Zip Code: 33433

FEC ID number of contributing federal political committee: C

Name of Employer (for Individual):
Occupation (for Individual):

Receipt For: [ ] Primary  [ ] General  [ ] Other (specify)

Aggregate Year-to-Date: 325000.00

Date of Receipt: 05 / 17 / 2018
Transaction ID : SA11AI.21241
Amount of Each Receipt this Period: 325000.00
[ ] Memo Item

---

**B.** [REDACTED]

FEC ID number of contributing federal political committee: C

Occupation (for Individual): DIRECTOR

Receipt For: [ ] Primary  [ ] General  [ ] Other (specify)

Aggregate Year-to-Date: 100000.00

Date of Receipt: 06 / 22 / 2018
Transaction ID : SA11AI.23666
Amount of Each Receipt this Period: 100000.00
[ ] Memo Item

---

**C.** [REDACTED]

FEC ID number of contributing federal political committee: C

Occupation (for Individual): ATTORNEY

Receipt For: [ ] Primary  [ ] General  [ ] Other (specify)

Aggregate Year-to-Date: 50000.00

Date of Receipt: 06 / 22 / 2018
Transaction ID : SA11AI.23662
Amount of Each Receipt this Period: 50000.00
[ ] Memo Item

---

**SUBTOTAL** of Receipts This Page (optional) ......................................................▶  475000.00

**TOTAL** This Period (last page this line number only) ..........................................▶

FEC **Schedule A (Form 3X)** Rev. 06/2016