UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.
_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL

Judgment Creditor/Plaintiff PUES FAMILY TRUST IRA, by and through its undersigned counsel, hereby withdraws the Motion to Compel Production from Non-Party America's First Action, Inc. (D.E. 28), as Non-Party has substantially complied with the subpoena after service of said motion.

    DATED on August 28, 2019

                              .            Respectfully submitted,

                                       ANDRE LAW FIRM P.A.
                                       Counsel for Plaintiff/Judgment Creditor
                                       18851 N.E. 29th Ave Suite 724
                                       Aventura, FL 33180
                                       Tel.  786 708 0813
                                       Fax  786 513 8408

                            By:  */s/ Tony André*
                                   Tony André, Esq.
                                   Florida Bar No.: 0040587

Case No. 19-MC-80024 DMM

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August 2019, I filed the foregoing with the Clerk of the Court and have served copies of this pleading via first class mail on the following parties, I also certify that I am admitted to the United States District Court for the Southern District of Florida:

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Defendants

David Torborg, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
 Attorneys for America's First Action, Inc.

<i>/s/ Tony Andre</i>
Tony Andre