UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION


PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS                    Case No. 19-MC-80024 DMM

   Debtor.

_____/


### NOTICE OF SERVING DEFENDANT, LEV PARNAS' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES IN AID OF EXECUTION

COMES NOW, Defendant, LEV PARNAS, by and through his undersigned counsel, and pursuant to Rule 1.340, Florida Rules of Civil Procedure, hereby serves his Answers to Plaintiff, PUES FAMILY TRUST IRA, MICHAEL PUES EXECUTOR'S First Set of Interrogatories to Plaintiff numbered 1 through 14.


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with this Court by CM/ECF.  We also certify that the foregoing document is being served this  13th day of September 2019 on counsel of record identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive Notices of Electronic Filing.

Pues Family Trust v. Parnas Holdings, Inc., et al.
Case No. 19-MC-80024 DMM
Notice of Serving Defendant, Lev Parnas' Answers
To Plaintiff's First Set of Interrogatories

## <u>SERVICE LIST</u>

Tony Andre, Esquire
Andre Law Firm P.A.
Counsel for Judgment Creditor
18851 NE 29th Avenue, Suite 724
Aventura, FL 33180
Telephone: 786-708-0813
Email: andre@andrelaw.com

GREENSPOON MARDER LLP
Attorneys for Defendant, Lev Parnas
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone:  561-838-4506
Fax:  561-713-2827
Prim. Email: chris.draper@gmlaw.com
Sec. Email:  jane.turner@gmlaw.com

By:   /s/Chris Alan Draper
        Chris Alan Draper, J.D.
        Florida Bar No.:  0838640

40566062.1 / 48490.0005