UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA,                    CASE NO.: 19-MC-80024 DMM
MICHAEL PUES EXECUTOR,
vs.

PARNAS HOLDINGS, INC. AND
LEV PARNAS,

       Debtors.
_____/

## NOTICE OF FILING DEFENDANTS' REQUEST FOR COPIES

Defendants, PARNAS HOLDINGS, INC. and LEV PARNAS, by and through undersigned counsel and pursuant to Florida Rules of Civil Procedure 1.351(d), hereby requests copies of any and all documents obtained pursuant to Plaintiff, PUES FAMILY TRUST IRA, MICHAEL PUES EXECUTOR'S Subpoenas to Produce Documents, or Objects or to Permit Inspection of Premises in a Civil Action for the following Non-Parties:

| | |
|---|---|
| SUNTRUST BANK | filed April 4, 2019 |
| JP MORGAN CHASE BANK, N.A. | filed April 4, 2019 |
| CITIBANK N.A. | filed May 15, 2019 |
| BALLARD PARTNERS | filed June 5, 2019 |
| ALLY FINANCIAL INC. | filed June 14, 2019 |
| TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC | filed June 14, 2019 |
| RUSSELL S. JACOBS, P.A. | filed June 17, 2019 |
| AMERICA FIRST ACTION, INC. | filed June 17, 2019 |

Pues Family Trust v. Parnas Holdings, Inc., et al
Case No. 19-MC-80024DMM
Notice of Filing Defendants' Request for Copies

and directed to Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court and furnished a copy via email to**:** Tony Andre, Esquire, The Andre Law Firm, P.A., 18851 NE 29th Avenue, Suite 724, Aventura, FL  33180; Ph. 786-708-0813; andre@andrelaw.com, on this 30th day of September 2019.

I also certify that I am admitted to the United States District Court for the Southern District of Florida.

/s/  Chris Alan Draper
Chris A. Draper, Esquire
Florida Bar No. 0838640
Greenspoon Marder LLP
Counsel for Defendant, Parnas Holdings, Inc.
    and Lev Parnas
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
561-838-4506
Chris.Draper@GMLaw.com
Jane.Turner@GMLaw.com

41326063.1 / 48490.0005