UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 19-MC-80024

PUES FAMILY TRUST IRA, BY MICHAEL PUES,
EXECUTOR OF THE ESTATE,

    Plaintiff,

v.

PARNAS HOLDINGS INC., and LEV PARNAS,
INDIVIDUALLY,

    Defendants,
_____/

### PUES FAMILY TRUST IRA, BY MICHAEL PUES EXECUTOR OF THE ESTATE'S NOTIFICATION OF NINETY DAYS EXPIRING OF DE #25 JUDGMENT CREDITOR'S AMENDED MOTION TO COMMENCE PROCEEDING SUPPLEMENTARY TO EXECUTION AND IMPLEAD THIRD PARTIES

Pursuant to Southern District of Florida Local Rule 7.1(b)(4), Plaintiff and Judgment Creditor PUES FAMILY TRUST IRA ("Pues Trust") hereby gives notice that D.E. 25 Judgment Creditor's Amended Motion to Commence Proceedings Supplementary to Execution and to Implead Third Parties ("Motion to Commence") set for a period of (90) days have expired.

(i) Motion.  The Motion to Commence was filed on July 15, 2019.  As cited in the Motion to Commence, Upon a showing of the statutory prerequisites, the court has no discretion to deny the motion. *Longo v. Associated Limousine Services, Inc.*, 236 So. 3d 1115, 1119 (Fla. 4th DCA 2018).

(ii) Response.  No response was filed by Defendants.

(iii) Reply.  No reply was needed as no response was ever filed.

(iv) Hearing.  No hearing on the motion was set or held.

The ninety days from the completion of briefing expired on October 14, 2019, and this notice is timely because it has been filed within 14 days of that date as required by Southern District of Florida Rule 7.1(b)(4).

|  |  |
|---|---|
| Dated: October 15, 2019 | ANDRE LAW FIRM P.A.<br>Counsel for judgment creditor<br>18851 N.E. 29th Ave Suite 724<br>Aventura, FL 33180<br>Tel. 786 708 0813<br>Fax. 786 513 8408<br>Designated email: andre@andrelaw.com<br><br>By:_____*/s/ Tony Andre*_____<br>         Tony Andre, Esq.<br>         Florida Bar No. 40587 |

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019 I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner delineated, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive the Notice of Electronic Filing electronically.

Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Judgment Debtors/Global Energy Producers, LLC


_____*/s/ Tony Andre*_____
Tony Andre, Esq.