UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS            Case No. 19-MC-80024 DMM

Debtor.
_____/

## JUDGMENT CREDITOR'S EX-PARTE MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT TO GARNISHEE

Pursuant to Florida Statutes 77.03, Plaintiffs move for issuance of a writ of garnishment as to UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ("Garnishee") and asserts:

1. On May 28, 2016, The United States District Court for the Eastern District of New York entered a Final Judgment in this case adjudging liability against Defendants PARNAS HOLDINGS, INC. and LEV PARNAS, jointly and severally, for $510,434.70 with interest accruing thereafter by law at the rate of 9% pursuant to New York Law (the "Judgment"). The Judgment was subsequently registered in this Court.

2. Plaintiff now moves for issuance of a writ of garnishment and suggests that Garnishee may be indebted to, or have tangible or intangible personal property of the Judgment Debtor(s), in its hands, possession, or control, and moves the Clerk of the Court to issue a Writ of Garnishment, commanding Garnishee to answer according to law.

*Motion For Writ of Garnishment*

WHEREFORE, Plaintiff requests that the clerk issue a writ of garnishment to Garnishee.

Dated: October 29, 2019

Respectfully submitted,

By: /s/ *Tony Andre*
Florida Bar No.: 040587
ANDRE LAW FIRM P.A.
18851 N.E. 29th Ave Suite 724
Aventura, FL 33180
Telephone: (786) 708 0813
Facsimile: (786) 513 8408
andre@andrelaw.com