

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

　　　　Debtor.
_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

　　**YOU ARE HEREBY COMMANDED** to summon garnishee **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA,** by serving the clerk of Court Fernando Galindo or an authorized person at 401 Courthouse Square Alexandria VA 22314, to serve an answer to this writ on Andre Law Firm P.A. (andre@andrelaw.com), Attn: Tony Andre, Esq., 18851 N.E. 29th Ave Suite 724 Aventura, FL 33180, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the judgment debtor(s) **PARNAS HOLDINGS, INC. and LEV PARNAS** at the time of the answer or was indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the judgment debtor(s) the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee

1

and whether the garnishee knows of any other person indebted to the judgment debtor(s), or who may be in possession or control of any of the property of the judgment debtor(s). The amount set forth in the judgment creditor's motion is $510,434.70. plus interest at the 9% per annum from March 28, 2016.

Dated on __10/29/2019__.

Clerk of Court ANGELA E. NOBLE

By: _____
Deputy Clerk

2

## NOTICE TO JUDGMENT DEBTORS OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money and other property belonging to you have been garnished to pay a court judgment against you. **HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY OR PROPERTY. READ THIS NOTICE CAREFULLY.**

State and federal laws provide that certain wages, money and property, even if deposited in a bank, savings and loan or credit union, may not be taken to pay certain types of court judgments. Such wages, money and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

**TO KEEP YOUR WAGES, MONEY AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.**

If you request a hearing, it will be held as soon as possible after the court receives your request. The plaintiff must file any objection within 8 business days if you hand-delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without

an attorney. If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money or property will be released.

**YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.**

*CLAIM OF EXEMPTION AND REQUEST FOR HEARING*

I claim exemptions from garnishment under the following categories as checked:

_____   1.   Head of family wages. (You must check a. or b. below).

_____        a.   I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____        b.   I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____   2.   Social Security benefits.

_____   3.   Supplemental Security Income benefits.

_____   4.   Public assistance (welfare).

_____   5.   Workers' Compensation.

_____   6.   Unemployment Compensation.

_____   7.   Veterans' benefits.

_____   8.   Retirement or profit-sharing benefits or pension money.

_____   9.   Life insurance benefits or cash surrender value of a life insurance

4

          policy or proceeds of annuity contract.

_____     10.    Disability income benefits.

_____     11.    Prepaid College Trust Fund or Medical Savings Account.

_____     12.    Other exemptions as provided by law. _____
                                                                        (explain)
_____

I request a hearing to decide the validity of my claim. Notice of hearing should be given to me at:

     Address:_____
     Telephone Number:_____

The statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature

Date:_____

STATE OF _____)
                         : ss.
COUNTY OF _____)

    Sworn and subscribed to before me this ____ day of _____, 201___, by _____
_____.

Notary Public/Deputy Clerk
Personally Known ___ OR Produced Identification _____
Type of Identification Produced _____

5