



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.

_____/

## JUDGMENT CREDITOR'S EX-PARTE MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT TO GARNISHEE

Pursuant to Florida Statutes 77.03, Plaintiffs move for issuance of a writ of garnishment as to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA ("Garnishee") and asserts:

1.    On May 28, 2016, The United States District Court for the Eastern District of New York entered a Final Judgment in this case adjudging liability against Defendants PARNAS HOLDINGS, INC. and LEV PARNAS, jointly and severally, for $510,434.70 with interest accruing thereafter by law at the rate of 9% pursuant to New York Law (the "Judgment"). The Judgment was subsequently registered in this Court.

2.    Plaintiff now moves for issuance of a writ of garnishment and suggests that Garnishee may be indebted to, or have tangible or intangible personal property of the Judgment Debtor(s), in its hands, possession, or control, and moves the Clerk of the Court to issue a Writ of Garnishment, commanding Garnishee to answer according to law.

**WHEREFORE,** Plaintiff requests that the clerk issue a writ of garnishment to Garnishee.

Dated: October 29, 2019                Respectfully submitted,


By:   /s/ Tony Andre
           Florida Bar No.: 040587
           ANDRE LAW FIRM P.A.
           18851 N.E. 29th Ave Suite 724
           Aventura, FL 33180
           Telephone: (786) 708 0813
           Facsimile: (786) 513 8408
           andre@andrelaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY_____ D.C.

OCT 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

    Debtor.

_____/

### JUDGMENT CREDITOR'S EX-PARTE MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT TO GARNISHEE

Pursuant to Florida Statutes 77.03, Plaintiffs move for issuance of a writ of garnishment as to UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ("Garnishee") and asserts:

1.    On May 28, 2016, The United States District Court for the Eastern District of New York entered a Final Judgment in this case adjudging liability against Defendants PARNAS HOLDINGS, INC. and LEV PARNAS, jointly and severally, for $510,434.70 with interest accruing thereafter by law at the rate of 9% pursuant to New York Law (the "Judgment"). The Judgment was subsequently registered in this Court.

2.    Plaintiff now moves for issuance of a writ of garnishment and suggests that Garnishee may be indebted to, or have tangible or intangible personal property of the Judgment Debtor(s), in its hands, possession, or control, and moves the Clerk of the Court to issue a Writ of Garnishment, commanding Garnishee to answer according to law.

**WHEREFORE,** Plaintiff requests that the clerk issue a writ of garnishment to Garnishee.

Dated:  October 29, 2019                    Respectfully submitted,


By:   */s/ Tony Andre*
         Florida Bar No.: 040587
         ANDRE LAW FIRM P.A.
         18851 N.E. 29th Ave Suite 724
         Aventura, FL 33180
         Telephone: (786) 708 0813
         Facsimile: (786) 513 8408
         andre@andrelaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

Debtor.
_____/

**WRIT OF GARNISHMENT**

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

YOU ARE HEREBY COMMANDED to summon garnishee **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA,** by serving the clerk of Court Fernando Galindo or an authorized person at 401 Courthouse Square Alexandria VA 22314, to serve an answer to this writ on Andre Law Firm P.A. (andre@andrelaw.com), Attn: Tony Andre, Esq., 18851 N.E. 29th Ave Suite 724 Aventura, FL 33180, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the judgment debtor(s) **PARNAS HOLDINGS, INC. and LEV PARNAS** at the time of the answer or was indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the judgment debtor(s) the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee

1

and whether the garnishee knows of any other person indebted to the judgment debtor(s), or who may be in possession or control of any of the property of the judgment debtor(s).  The amount set forth in the judgment creditor's motion is $510,434.70. plus interest at the 9% per annum from March 28, 2016.

Dated on _____10/29/3019_____.

**Clerk of Court ANGELA E. NOBLE**

By: _____

Deputy Clerk



## NOTICE TO JUDGMENT DEBTORS OF RIGHT AGAINST
## <u>GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY</u>

The Writ of Garnishment delivered to you with this Notice means that wages, money and other property belonging to you have been garnished to pay a court judgment against you. **HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY OR PROPERTY. READ THIS NOTICE CAREFULLY.**

State and federal laws provide that certain wages, money and property, even if deposited in a bank, savings and loan or credit union, may not be taken to pay certain types of court judgments. Such wages, money and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

**TO KEEP YOUR WAGES, MONEY AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.**

If you request a hearing, it will be held as soon as possible after the court receives your request. The plaintiff must file any objection within 8 business days if you hand-delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without

3

an attorney.   If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money or property will be released.

**YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT.  THE CLERK CANNOT GIVE YOU LEGAL ADVICE.   IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER.   IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE.  CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.**

*CLAIM OF EXEMPTION AND REQUEST FOR HEARING*

I claim exemptions from garnishment under the following categories as checked:

_____   1.   Head of family wages.  (You must check a. or b. below).

_____   a.   I provide more than one-half of the support for a child or other dependent and  have net earnings of $750 or less per week.

_____   b.   I provide  more  than  one-half  of the support for a child or other  dependent,  have  net earnings of more than $750 per week, but  have  not  agreed  in  writing  to have my wages garnished.

_____   2.   Social Security benefits.

_____   3.   Supplemental Security Income benefits.

_____   4.   Public assistance (welfare).

_____   5.   Workers' Compensation.

_____   6.   Unemployment Compensation.

_____   7.   Veterans' benefits.

_____   8.   Retirement or profit-sharing benefits or pension money.

_____   9.   Life  insurance  benefits  or cash surrender value of a life insurance

policy or proceeds of annuity contract.

_____     10.     Disability income benefits.

_____     11.     Prepaid College Trust Fund or Medical Savings Account.

_____     12.     Other exemptions as provided by law. _____

_____ (explain)

I request a hearing to decide the validity of my claim.  Notice of hearing should be given to me at:

Address:_____

Telephone Number:_____

The statements made in this request are true to the best of my knowledge and belief.

_____

Defendant's signature

Date:_____

STATE OF _____)

                         : ss.

COUNTY OF _____)

       Sworn and subscribed to before me this ____ day of _____, 201___, by _____

_____.

Notary Public/Deputy Clerk

Personally Known ___ OR Produced Identification _____

Type of Identification Produced _____

5

AO 199A (Rev. 6/97) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

**Eastern** **District of** **Virginia**

FILED

OCT 1 0 ████

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America

V.

Lev Parnas

Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 19 mj 443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _United States District Court_

Southern District of New York ~~401 Courthouse Sq., Alexandria, VA~~ **Place** on _10/17/19 @ 3:30pm_ **Date and Time**

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____

                                       *Custodian*                              *Date*

(☒) (7) The defendant must:

(☒) (a) report on a regular basis to the following agency: **Pretrial Services**

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

(☒) (d) surrender any passport to: *Pretrial*

(☒) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

(☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *No contact w/ each other as to the case unless in the presence of counsel*

(☒) (h) ~~get medical or psychiatric treatment~~ *Travel restricted to the SDFL and SDNY - can only travel w/ prior approval by Pretrial*

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(☒) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    (☒) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. *( residence to be approved.*

(☒) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. *Active GPS*
    ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☒) (s) *One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion.*

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Boca Raton FL.                    310-849-9856
*City and State*                  *Telephone Number*

## Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ____10/10/19____

/s/
Michael S. Nachmanoff
United States Magistrate Judge
_____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:19-mj-443 |
| Lev Parnas | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Lev Parnas _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

   ( X )  to appear for court proceedings;
   ( X )  if convicted, to surrender to serve a sentence that the court may impose; or
   ( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $  1,000,000.00 _____ , secured by:

  ( X ) (a) $  200,000.00 _____ , in cash deposited with the court.

  ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

     If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 10/18/2019

_____
*Defendant's signature*

Svetlana Parnas
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Aaron Parnas
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

### CLERK OF COURT

Date: 10/18/2019

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 10/18/2019

_____
*Judge's signature*

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)


Date:
10/18/2019


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

    v.

LEV PARNAS,

       *Defendant.*

Case No. 1:19-MJ-443

## CONSENT AMENDED ORDER SETTING CONDITIONS OF RELEASE

This matter came before the Court on a Consent Motion to Amend the Order Setting Conditions of Release as to defendant Lev Parnas. It appearing to the Court that the parties have consented to the entry of this order, and that this Amended Order is otherwise proper, it is hereby ORDERED as follows:

On October 10, 2019, this Court entered an Order (ECF No. 6) setting forth conditions of release as to defendant Lev Parnas. On October 18, 2019, the United States and the defendant entered into an agreement allowing for the modifications of the terms of that Order. Those amended terms are set forth below and are made a part of this Order:

    1.    Mrs. Svetlana Parnas will provide certain bank records to the United States which records have already been produced.

    2.    Mr. Parnas will complete, within seven (7) days of his release from custody, a financial affidavit which form has already been produced by the United States.

    3.    Mr. Parnas will execute an appearance bond in the amount of $1,000,000.00 to secure his attendance at all proceedings in this case and to surrender to serve any sentence that may be imposed.

4.      That appearance bond will be additionally secured by the endorsement and guaranty of Mrs. Svetlana Parnas and Mr. Aaron Parnas which must be executed before Mr. Parnas' release. Mr. Parnas is also required to secure guarantees for the appearance bond from three additional persons who are not related to any co-defendant in this case and which should be approved by Pretrial Services.  Those additional guarantees must be executed within seven (7) days of Mr. Parnas' release.

5.      The appearance bond will also be secured by a cash deposit of $200,000.00 which shall be delivered to the Clerk of Court before Mr. Parnas is released.  That deposit shall be made by certified or cashier's check made payable to the Clerk of Court, United States District Court for the Eastern District of Virginia.

6.      Mr. Parnas will be required to arrange for GPS monitoring prior to his release and agrees to home detention in his home in the Southern District of Florida and can leave his home only for legal and medical purposes with prior notice to Pretrial Services in the Southern District of Florida.

7.      Mr. Parnas' legal travel will be allowed to the Southern District of New York, the Southern District of Florida, the Eastern District of Virginia and the District of Columbia all with prior notice to Pretrial Services in the Southern District of Florida.

8.      Mr. Parnas will surrender any passport he possesses and agrees to make no applications for new passports.

9.      Mr. Parnas will have no contact with any co-defendants in this case outside the presence of counsel.

10.     All conditions set forth in the prior Order Setting Conditions of Release not modified by this Order remain unchanged and in full force and effect.

/s/
**Theresa Carroll Buchanan**
ENTERED THIS 18 DAY OF OCTOBER, 2019. **United States Magistrate Judge**

The Hon. Michael S. Nachmanoff
United States Magistrate Judge

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
Middleburg, Virginia 20118
540-687-3902 (Phone)
540-687-6366 (Fax)
ebmjr@macmahon-law.com
Counsel for Lev Parnas

Katherine E. Rumbaugh
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700 (Phone)
(703) 299-2980 (Fax)
katherine.rumbaugh@usdoj.gov

3

Court Name: United States District Court
Division: 1
Receipt Number: 14683081436
Cashier ID: rbroaden
Transaction Date: 10/18/2019
Payer Name: LEV PARNAS

TREASURY REGISTRY
 For: LEV PARNAS
 Case/Party: D-VAE-1-19-MJ-000443-001
 Amount:        $200,000.00

CHECK
 Remitter: SVETLANA PARNAS
 Check/Money Order Num: 5301186434
 Amt Tendered:  $200,000.00

Total Due:       $200,000.00
Total Tendered:  $200,000.00
Change Amt:      $0.00

119MJ443
LEV PARNAS
CASH BOND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PUES FAMILY TRUST IRA, MICHAEL
PUES EXECUTOR

v.

PARNAS HOLDINGS, INC, LEV PARNAS          Case No. 19-MC-80024 DMM

        Debtor.
_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

   **YOU ARE HEREBY COMMANDED** to summon garnishee **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK,** by serving the clerk of Court Ruby J. Krajick or an authorized person at 500 Pearl Street New York, NY 10007, to serve an answer to this writ on Andre Law Firm P.A. (andre@andrelaw.com), Attn: Tony Andre, Esq., 18851 N.E. 29th Ave Suite 724 Aventura, FL 33180, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the judgment debtor(s) **PARNAS HOLDINGS, INC. and LEV PARNAS** at the time of the answer or was indebted at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the judgment debtor(s) the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee

1

knows of any other person indebted to the judgment debtor(s), or who may be in possession or control of any of the property of the judgment debtor(s).  The amount set forth in the judgment creditor's motion is $510,434.70. plus interest at the 9% per annum from March 28, 2016.

Dated on _____10/29/2019_____.

Clerk of Court ANGELA E. NOBLE

By: _____
Deputy Clerk

2



## NOTICE TO JUDGMENT DEBTORS OF RIGHT AGAINST
## <u>GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY</u>

The Writ of Garnishment delivered to you with this Notice means that wages, money and other property belonging to you have been garnished to pay a court judgment against you. **HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY OR PROPERTY. READ THIS NOTICE CAREFULLY.**

State and federal laws provide that certain wages, money and property, even if deposited in a bank, savings and loan or credit union, may not be taken to pay certain types of court judgments. Such wages, money and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

**TO KEEP YOUR WAGES, MONEY AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.**

If you request a hearing, it will be held as soon as possible after the court receives your request. The plaintiff must file any objection within 8 business days if you hand-delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without

3

an attorney.   If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money or property will be released.

**YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT.  THE CLERK CANNOT GIVE YOU LEGAL ADVICE.   IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER.   IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE.  CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.**

*CLAIM OF EXEMPTION AND REQUEST FOR HEARING*

I claim exemptions from garnishment under the following categories as checked:

_____   1.   Head of family wages.  (You must check a. or b. below.)

_____        a.   I provide more than one-half of the support for a child or other dependent and  have net earnings of $750 or less per week.

_____        b.   I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____   2.   Social Security benefits.

_____   3.   Supplemental Security Income benefits.

_____   4.   Public assistance (welfare).

_____   5.   Workers' Compensation.

_____   6.   Unemployment Compensation.

_____   7.   Veterans' benefits.

_____   8.   Retirement or profit-sharing benefits or pension money.

_____   9.   Life  insurance  benefits  or cash surrender value of a life insurance

policy or proceeds of annuity contract.

_____     10.   Disability income benefits.

_____     11.   Prepaid College Trust Fund or Medical Savings Account.

_____     12.   Other exemptions as provided by law. _____
                  _____ (explain)

I request a hearing to decide the validity of my claim.  Notice of hearing should be given to me at:

    Address:_____
    Telephone Number:_____

The statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature

Date:_____

STATE OF _____)
                           : ss.
COUNTY OF _____)

    Sworn and subscribed to before me this ____ day of _____, 201___, by _____
_____.

Notary Public/Deputy Clerk
Personally Known ___ OR Produced Identification _____
Type of Identification Produced _____

AO 199A (Rev. 6/97) Order Setting Conditions of Release                                                    Page 1 of ___ Pages

# UNITED STATES DISTRICT COURT

**F I L E D**

OCT 1 0 ▮▮

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

_____Eastern_____   **District of**   _____Virginia_____

United States of America

V.

Lev Parnas
_____
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number:  19mj443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____United States District Court_____

Southern District of   ~~401 Courthouse Sq., Alexandria, VA~~   on   10/17/19 @ 3:30pm
New York                                              Place
                                                      Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )  (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   )  (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

                                                          *Custodian*                                *Date*

(☒) (7) The defendant must:

(☒) (a) report on a regular basis to the following agency: **Pretrial Services**

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

(☒) (d) surrender any passport to: *Pretrial*

(☒) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

(☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *No contact w/each other as to the case unless in the presence of counsel*

(☒) (h) ~~get medical or psychiatric treatment~~ *Travel restricted to the SDFL and SDNY - can only travel w/ prior approval by Pretrial*

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(☒) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

    (☒) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. *( residence to be approved.)*

(☒) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. *Active GPS*

    ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☒) (s) *One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion.*

---

WHITE- COURT      YELLOW- DEFENDANT      BLUE- U.S. ATTORNEY      PINK- U.S. MARSHAL      GREEN- PRETRIAL SERVICES

AO 199C (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

   Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

   While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.   This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

   It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.   The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

   If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.   If you are convicted of:

   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

   A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.   In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

   I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Boca Raton FL.                                     310-849-9856
_____
*City and State*                                    *Telephone Number*

### Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing.
( ☒ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

                                               /s/
                                      Michael S. Nachmanoff
Date: _____10/10/19_____          United States Magistrate Judge
                                      _____
                                           *Judicial Officer's Signature*


                                      _____
                                           *Printed name and title*


DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-mj-443 |
| Lev Parnas | ) |
| _____ | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Lev Parnas _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )     to appear for court proceedings;

      ( X )     if convicted, to surrender to serve a sentence that the court may impose; or

      ( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $ __1,000,000.00_____ , secured by:

      ( X ) (a) $ __200,000.00_____ , in cash deposited with the court.

      (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

              If this bond is secured by real property, documents to protect the secured interest may be filed of record.

      (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   10/18/2019

_____
*Defendant's signature*

Svetlana Parnas
_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Aaron Parnas
_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:   10/18/2019

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:   10/18/2019

_____
*Judge's signature*

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date:
10/18/2019

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

    v.

                                 Case No. 1:19-MJ-443

LEV PARNAS,

        *Defendant.*

## CONSENT AMENDED ORDER SETTING CONDITIONS OF RELEASE

This matter came before the Court on a Consent Motion to Amend the Order Setting Conditions of Release as to defendant Lev Parnas. It appearing to the Court that the parties have consented to the entry of this order, and that this Amended Order is otherwise proper, it is hereby ORDERED as follows:

On October 10, 2019, this Court entered an Order (ECF No. 6) setting forth conditions of release as to defendant Lev Parnas. On October 18, 2019, the United States and the defendant entered into an agreement allowing for the modifications of the terms of that Order. Those amended terms are set forth below and are made a part of this Order:

1.    Mrs. Svetlana Parnas will provide certain bank records to the United States which records have already been produced.

2.    Mr. Parnas will complete, within seven (7) days of his release from custody, a financial affidavit which form has already been produced by the United States.

3.    Mr. Parnas will execute an appearance bond in the amount of $1,000,000.00 to secure his attendance at all proceedings in this case and to surrender to serve any sentence that may be imposed.

4.      That appearance bond will be additionally secured by the endorsement and guaranty of Mrs. Svetlana Parnas and Mr. Aaron Parnas which must be executed before Mr. Parnas' release. Mr. Parnas is also required to secure guarantees for the appearance bond from three additional persons who are not related to any co-defendant in this case and which should be approved by Pretrial Services. Those additional guarantees must be executed within seven (7) days of Mr. Parnas' release.

5.      The appearance bond will also be secured by a cash deposit of $200,000.00 which shall be delivered to the Clerk of Court before Mr. Parnas is released. That deposit shall be made by certified or cashier's check made payable to the Clerk of Court, United States District Court for the Eastern District of Virginia.

6.      Mr. Parnas will be required to arrange for GPS monitoring prior to his release and agrees to home detention in his home in the Southern District of Florida and can leave his home only for legal and medical purposes with prior notice to Pretrial Services in the Southern District of Florida.

7.      Mr. Parnas' legal travel will be allowed to the Southern District of New York, the Southern District of Florida, the Eastern District of Virginia and the District of Columbia all with prior notice to Pretrial Services in the Southern District of Florida.

8.      Mr. Parnas will surrender any passport he possesses and agrees to make no applications for new passports.

9.      Mr. Parnas will have no contact with any co-defendants in this case outside the presence of counsel.

10.     All conditions set forth in the prior Order Setting Conditions of Release not modified by this Order remain unchanged and in full force and effect.

/s/
**Theresa Carroll Buchanan**
United States Magistrate Judge

ENTERED THIS ___ DAY OF OCTOBER 2019.

The Hon. Michael S. Nachmanoff
United States Magistrate Judge

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
Middleburg, Virginia 20118
540-687-3902 (Phone)
540-687-6366 (Fax)
ebmjr@macmahon-law.com
Counsel for Lev Parnas

Katherine E. Rumbaugh
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700 (Phone)
(703) 299-2980 (Fax)
katherine.rumbaugh@usdoj.gov

3

Court Name: United States District Court
Division: 1
Receipt Number: 14683081436
Cashier ID: rbroaden
Transaction Date: 10/18/2019
Payer Name: LEV PARNAS

TREASURY REGISTRY
 For: LEV PARNAS
 Case/Party: D-VAE-1-19-MJ-000443-001
 Amount:          $200,000.00

CHECK
 Remitter: SVETLANA PARNAS
 Check/Money Order Num: 5301186434
 Amt Tendered:  $200,000.00

Total Due:       $200,000.00
Total Tendered:  $200,000.00
Change Amt:      $0.00

119MJ443
LEV PARNAS
CASH BOND