# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-mc-80024-MIDDLEBROOKS

PUES FAMILY TRUST IRA, BY
MICHAEL PUES, EXECUTOR OF
THE ESTATE,

     Plaintiff,

v.

PARNAS HOLDINGS INC., and
LEV PARNAS, individually,

     Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court *sua sponte*.

On October 29, 2019, Plaintiff filed two motions for issuance of writ of garnishment. (DE 34; DE 36). The Clerk of Court subsequently issued the requested writs (DE 35; DE 37), sealed the motions pursuant to Local Rule 5.4(d), and sealed the writs. The motions and the writs are already public records, as Plaintiff publicly filed them on November 4, 2019. (DE 38-1).

In light of this, and because I find no reason to maintain these items under seal, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court **SHALL UNSEAL:**

(1) Judgment Creditor's Ex-Parte Motion for Issuance of Writ of Garnishment to Garnishee (DE 34).

(2) Writ of Garnishment (DE 35).

(3) Judgment Creditor's Ex-Parte Motion for Issuance of Writ of Garnishment to Garnishee (DE 36).

(4) Writ of Garnishment (DE 37).

**SIGNED** in Chambers at West Palm Beach, Florida, this _12_ day of November, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE