UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 19-MC-80024

PUES FAMILY TRUST IRA, BY MICHAEL PUES,
EXECUTOR OF THE ESTATE,

    Plaintiff,

v.

PARNAS HOLDINGS INC., and LEV PARNAS,
INDIVIDUALLY,

    Defendants,
_____/

## SUPPLEMENTAL COMPLAINT PURSUANT TO FLA. STAT. 56.29

Plaintiff PUES FAMILY TRUST IRA, BY MICHAEL PUES EXECUTOR OF THE ESTATE sues defendants GLOBAL ENERGY PRODUCERS, LLC; AMERICA FIRST ACTION, INC., AARON INVESTMENTS, I, LLC, LSDAMA, LLC, and alleges:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff PUES FAMILY TRUST IRA, BY MICHAEL PUES EXECUTOR OF THE ESTATE ("Pues") is family trust, organized under the laws of the state of New York. Pues is the judgment creditor and holder of a final judgment in the amount of $510,434.70 against the above-styled defendants which was awarded on March 28, 2016 by United States District Court for the Eastern District of New York Case No. 11-CV-05537 and duly registered in this Court.

2. Defendant GLOBAL ENERGEY PRODUCERS, LLC ("GEP") a Delaware limited liability company which may also have its principal place of business in Palm Beach County, Florida with its member(s) residing in the state of Florida. It is alleged that GEP is

simply an alter ego for defendant and judgment debtor LEV PARNAS to facilitate fraudulent transfers described in more detail in this Supplemental Complaint.

3. Defendant AMERICA FIRST ACTION, INC. ("AFA") a political action committee/corporation organized under the laws of Virginia with its principal place of business in Virginia. AFA is the recipient of a fraudulent transfer of $325,000.00 which originated from judgment debtor LEV PARNAS' personal bank account through his alter ego, the limited liability AARON INVESTMENTS I, LLC.

4. Defendant AARON INVESTMENTS I, LLC ("Aaron Investments") is a limited liability company organized under the laws of Florida with its member(s) residing in the state of Florida. AARON INVESTMENTS I, LLC is the alter ego of LEV PARNAS and exists only for the purpose of defrauding judgment creditors such as Pues. Aaron Investments has received several hundred thousand dollars of funds which ought to have been used to satisfy the judgment at issue of this case, and helped facilitate a $325,000.00 fraudulent transfer to AFA.

5. Defendant LSDAMA, LLC ("LSDAMA") is a limited liability company organized under the laws of Florida with its member(s) residing in the state of Florida. LSDAMA is the alter ego of LEV PARNAS and exists only for the purpose of defrauding judgment creditors such as Pues. LSDAMA has received several hundred thousand dollars of funds which ought to have been used to satisfy the judgment at issue of this case

6. Jurisdiction is proper in this court pursuant to 28 U.S.C. Sec. 1332, as to complete diversity of the parties, and the amount in controversy exceeds more than $75,000.00.

## FACTS COMMON TO ALL COUNTS

7. On March 28, 2016 judgment creditor Pues obtained a final judgment against judgment debtors, PARNAS HOLDINGS, INC ("PHI") and Parnas, in the amount of

$510,434.70, with interest to accrue at the statutorily prescribed rate. (hereinafter the "Judgment"). The Judgment was entered by the United States District Court for the Eastern District of New York Case No. 11-CV-05537 and registered in this Court. A true and correct copy of the Judgment is attached as Composite Exhibit A. On October 29, 2019 this Court entered an order commencing proceedings supplementary and impleading GEP, AFA, LSDAMA, Aaron Investments in this proceeding.

8. Judgment Debtor LEV PARNAS and his wife Svetlana Parnas have incurred numerous judgments throughout the years, which is a matter of public record. As stated above LEV PARNAS is also a judgment debtor pursuant to the Judgment. In order to shield themselves from creditors, LEV PARNAS has set up various limited liability companies to defraud these various creditors, such as Plaintiff. These limited liability companies at various times since entry of Judgment have possessed or now currently possess cash held in bank accounts that could be used to satisfy the Judgment.

9. LSDAMA, GEP, and Aaron Investments, are the principal entities which operate are mere alter egos of LEV PARNAS (though there are probably numerous others). During the course of collection proceedings, thousands of pages of bank of records[1] have demonstrated, that LSDAMA's and Aaron Investments' sole purpose is to hold personal bank accounts for the personal and familial use of LEV PARNAS. Pages and pages of bank statements show that these accounts are used for household and personal expenses and that LEV PARNAS finances are inextricably co-mingled with any alleged business purposes these entities could possibly have. As to GEP, extensive bank records show that LEV PARNAS made lavish personal expenditures

---

[1] These documents were obtained after several months of post judgment discovery. These records will be produced to the Court in support of the Judgment Creditor's claim under separate cover, either redacted or under seal.

and that GEP had no other business purpose. Furthermore, large transfers were made between these three entities (and third parties). The monies and assets held by these entities are co-mingled to such a degree that these entities cannot be separated from LEV PARNAS.

10. On May 15, 2018, Aaron Investments (through an account at Citibank titled in its name Acct# ending 4382) received a transfer of $1,260,329.80. As Aaron Investments is a sham, this money should have been used to pay the judgment which is the subject of this case. Instead, several fraudulent transfers were made, such as the $325,000.00 transfer to AFA on May 17, 2018. In addition, on May 18, 2018 $205,000.00 was fraudulently transferred from Aaron Investments to LSDAMA. On May 22, 2018 $100,000.00 was fraudulently transferred from Aaron Investments to GEP. These are all monies that should have been used to satisfy the Judgment, but was used for improper purposes. Specifically, the $325,000.00 transfer which was a "straw person" donation in violation of the Federal Election Campaign Finance Act 52 U.S.C. § 30122. The money apparently was used to curry favor with the country's political elite in the GOP, a purely personal goal. It should be noted that this is a crime in which LEV PARNAS is currently under federal indictment for.

11. LSDAMA and Aaron Investments are not distinct from LEV PARNAS, its managing member. LEV PARNAS, as managing member, uses these entities improperly for the sole use of having a shield from his many creditors (and the many creditors he and his wife share (making the tenancy by entireties exemption not applicable to many of the Creditors who they owe money to or otherwise have claims against them)). Furthermore, LEV PARNAS has used LSDAMA and Aaron Investments to commit crimes and fraudulently transfer assets. The $325,000.00 transfer that was made fraudulently to AFA is a violation of campaign finance laws, because despite the transfer clearly originating from Aaron Investment's Citibank account, LEV

PARNAS and AFA attributed the donation as coming from GEP. It is a violation of federal law to misattribute a donation such as this, and LEV PARNAS (through his alter ego of Aaron Investments) and AFA were aware that donation did not come from GEP[2]. The Defendant LEV PARNAS, and AFA actively attempted to conceal the transfer by the misreporting (and as evidenced by emails produced by AFA in post judgment discovery). A copy of the wire from Aaron Investments to AFA, a redacted statement from Aaron Investment's Citibank account, along with the Federal Election Commission report regarding the donation are attached as **Composite Exhibit 1**.

12. The above referenced transfers and actions by LEV PARNAS defrauded creditors, including Plaintiff. The above referenced fraudulent transfers were either made intentionally or constructively.

### COUNT I – FRAUDULENT TRANSFER – FLA. STAT. § 726.105(1)(A) (ALL DEFENDANTS)

13. Pues re-alleges and fully incorporate by reference paragraphs 1 through 12 as though fully set forth herein.

14. The transfers to the Defendants was made with the actual intent to hinder, delay or defraud a creditor of LEV PARNAS.

**WHEREFORE**, Pues respectfully requests that this Court enter judgment in favor of Pues and against Defendants GEP, AFA, Aaron Investments, and LSDAMA (i) setting aside the respective Fraudulent Transfers; (ii) issuing an injunction prohibiting Defendants from alienating the fraudulently transferred funds; (iii) imposing a constructive trust on the related proceeds; (iv)

---

[2] Emails obtained from AFA in post-judgment discovery prove this point. Those documents will be provided to the Court under separate cover.

attaching the related proceeds; and (v) affording such other and further relief as the Court deems just and proper.

## COUNT II – FRAUDULENT TRANSFER – FLA. STAT. § 726.106(1)
## (ALL DEFENDANTS)

15. Pues re-alleges and fully incorporate by reference paragraphs 1 through 11 as though fully set forth herein.

16. The Transfers were made without LEV PARNAS receiving reasonably equivalent value.

17. LEV PARNAS was insolvent at the time of the Fraudulent Transfer, because and without limitation, the unsatisfied judgment is prima facie evidence that LEV PARNAS was not paying his debts as they became due; or LEV PARNAS became insolvent as a result of the Fraudulent Transfer.

**WHEREFORE**, Pues respectfully requests that this Court enter judgment in favor of Pues and against Defendants (i) setting aside the respective Fraudulent Transfers; (ii) issuing an injunction prohibiting Defendants from alienating the fraudulently transferred funds; (iii) imposing a constructive trust on the related proceeds; (iv) attaching the related proceeds; and (v) affording such other and further relief as the Court deems just and proper.

DATED:         November 18, 2019    Respectfully submitted,

ANDRE LAW FIRM P.A.
Counsel for Plaintiff
18851 N.E. 29th Ave Suite 724
Aventura, FL 33180
Telephone: 786 708 0813
Facsimile: 786 513 8408

By:        /s/ Tony Andre
Tony Andre, Esq.
Florida Bar No. 40587

## **CERTIFICATE OF SERVICE**

      I certify that on November 18, 2019 I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner delineated, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive the Notice of Electronic Filing electronically.

    Chris Draper, Esq.
Greenspoon Marder
525 Okeechobee boulevard Suite 900
West Palm Beach FL 33401
 Attorneys for Judgment Debtors/Global Energy Producers, LLC

                                        */s/ Tony Andre*
                                      Tony Andre, Esq.

**Composite Exhibit 1**

Fraudulent transfers (from Aaron Investments Citibank Account)
Aaron Investments to America First Action ($325,000.00):

-1370272753 SENT      ORIGINATOR          2526)   BENEFICIARY           CHAIN BRIDGE BANK, NA 05/17/18 02:39PM      AARON INVESTMENTS I, LLC      AMERICA FIRST ACTION, INC.      ABA 056009479 SET UP 05/17/18      21842 CYPRESS PALM CT      138 CONANT ST 2ND FLOOR 01:47PM      BOCA RATON FL 33428      BEVERLY MA 01915      VA $325,000.00      1   3108499856      PHONE  914-774-6856      009145314382 B&P  CHECKING      ACCT#       1396      SET UP BY P2349961 WATSON,MONET APPROVED BY  P5037890 PERSAUD,NATERAM      P3028366 PALAJ,ARISTI      $0.00 FEE      GLOBAL ENERGY PRODUCERS LLC 20180517B1Q8021C027774 FED # G0181373420401 GLOBAL ID

Aaron Investments to LSDAMA ($205,000.00):

-1380033776 SENT      ORIGINATOR          2526)   BENEFICIARY           SUN TRUST BANK 05/18/18 10:06AM      AARON INVESTMENTS I, LLC      LSDAMA LLC      ABA 061000104 SET UP 05/18/18      21842 CYPRESS PALM CT      21842 CYPRESS PALM CT 09:27AM      BOCA RATON FL 33428      BOCA RATON FL 33428      GA $205,000.00      1   3108499856      PHONE  561-271-9121      009145314382 B&P  CHECKING      ACCT#          3521      SET UP BY P2349961 WATSON,MONET APPROVED BY  P1267442 GONZALEZ,ADA      $0.00 FEE 20180518B1Q8021C016346 FED # G0181382232101 GLOBAL ID

Aaron Investments to Global Energy Producers ($100,000.00):

-1420087329 SENT      ORIGINATOR  (        72526)   BENEFICIARY           JP MORGAN CHASE BANK NA 05/22/18 04:07PM      AARON INVESTMENTS I, LLC      GLOBAL ENERGY PRODUCERS LLC     ABA 021000021 SET UP 05/22/18      21842 CYPRESS PALM CT      03:48PM BOCA RATON FL 33428      NY  $100,000.00      1 3108499856      PHONE      009145314382 B&P  CHECKING      ACCT#     7766      SET UP BY P2349961 WATSON,MONET      APPROVED BY  P1267442 GONZALEZ,ADA      $0.00 FEE 0995590995580397654160 FED # G0181423736201 GLOBAL ID

AARON INVESTMENTS I, LLC

Account ▮▮▮▮4382  Page 2 of 5
Statement Period: May 1 - May 31, 2018

001/R1/20F016

**CHECKING ACTIVITY**  Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/15 | FUNDS TRANSFER<br>WIRE FROM RUSSEL L S. JACOB S P.A. IOTA ACC May 15 | | 1,260,329.80 | 1,263,912.27 |
| 05/17 | DOM WIRE OUT | 325,000.00 | | 417,045.01 |



## SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 11a  [ ] 11b  [ ] 11c  [ ] 12
[ ] 13   [ ] 14   [ ] 15   [ ] 16  [ ] 17

PAGE 15 OF 100

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
AMERICA FIRST ACTION, INC.

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
GLOBAL ENERGY PRODUCERS, LLC

Mailing Address: 7670 LA CORNICH CIRCLE
City: BOCA RATON
State: FL
Zip Code: 33433

FEC ID number of contributing federal political committee: C

Date of Receipt: 05/17/2018
Transaction ID: SA11AI.21241
Amount of Each Receipt this Period: 325000.00
[ ] Memo Item

Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 325000.00

---

**B.** [REDACTED]

Occupation (for Individual): DIRECTOR

FEC ID number: C

Date of Receipt: 06/22/2018
Transaction ID: SA11AI.23666
Amount of Each Receipt this Period: 100000.00
[ ] Memo Item

Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 100000.00

---

**C.** [REDACTED]

Occupation (for Individual): ATTORNEY

FEC ID number: C

Date of Receipt: 06/22/2018
Transaction ID: SA11AI.23662
Amount of Each Receipt this Period: 50000.00
[ ] Memo Item

Receipt For: [ ] Primary [ ] General [ ] Other (specify)
Aggregate Year-to-Date: 50000.00

---

**SUBTOTAL** of Receipts This Page (optional) ......... ▶ 475000.00

**TOTAL** This Period (last page this line number only) ......... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016