UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 19-MC-80024

PUES FAMILY TRUST IRA, BY MICHAEL
PUES, EXECUTOR OF THE ESTATE,

    Plaintiff / Counter-Defendant,

v.

PARNAS HOLDINGS, INC.; LEV PARNAS;
GLOBAL ENERGY PRODUCERS, LLC;
AARON INVESTMENTS I, LCC,

    Defendants / Impleaded Defendants /
    Cross-Claim Defendants,

AMERICA FIRST ACTION, INC.,

    Defendant / Counter-Plaintiff / Cross-
    Claim Plaintiff / Third-Party Plaintiff,

v.

IGOR FRUMAN,

    Third-Party Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    Ana María Cristina Pérez Soto of Jones Day hereby gives notice of appearance in this case on behalf of America First Action, Inc. and requests service of all notices, pleadings, and other papers filed and/or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

Dated: December 20, 2019                Respectfully submitted,

*/s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto
Florida Bar No. 96692
Email: cperezsoto@jonesday.com
**JONES DAY**
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Fax: (305) 714-9799

David S. Torborg (*pro hac vice pending*)
Email: dstorborg@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

***Attorneys for America First Action, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2019, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto
