UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 19-MC-80024

PUES FAMILY TRUST IRA, BY MICHAEL
PUES, EXECUTOR OF THE ESTATE,

    Plaintiff / Counter-Defendant,

v.

PARNAS HOLDINGS, INC.; LEV PARNAS;
GLOBAL ENERGY PRODUCERS, LLC;
AARON INVESTMENTS I, LCC,

    Defendants / Impleaded Defendants /
    Cross-Claim Defendants,

AMERICA FIRST ACTION, INC.,

    Defendant / Counter-Plaintiff / Cross-
    Claim Plaintiff / Third-Party Plaintiff,

v.

IGOR FRUMAN,

    Third-Party Defendant.
_____/

**RULE 7.1 DISCLOSURE STATEMENT**

    America First Action, Inc., does not have a parent corporation, nor is 10% or more of its stock held by a publicly-traded corporation.

Dated: December 20, 2019 Respectfully submitted,

*/s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto
Florida Bar No. 96692
Email: cperezsoto@jonesday.com
**JONES DAY**
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Fax: (305) 714-9799

David S. Torborg (*pro hac vice pending*)
Email: dstorborg@jonesday.com
**JONES DAY**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

***Attorneys for America First Action, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2019, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto